# EXHIBIT A

[Proposed Order]

**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Redeemer Health,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-14631<br><br>(Joint Administration Requested) |
| In re:<br><br>Holy Redeemer Health System,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-14632<br><br>(Joint Administration Requested) |
| In re:<br><br>Holy Redeemer Home Care, Inc. d/b/a Holy Redeemer Home Care-NJ, South,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-14633<br><br>(Joint Administration Requested) |
| In re:<br><br>Holy Redeemer Hospice, Inc.,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-14634<br><br>(Joint Administration Requested) |
| In re:<br><br>Holy Redeemer Visiting Nurse Agency, Inc. d/b/a Holy Redeemer Home Care-NJ, Shore,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-14635<br><br>(Joint Administration Requested) |
| In re:<br><br>HR Physician Services d/b/a Holy Redeemer Physician and Ambulatory Services,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-14636<br><br>(Joint Administration Requested) |

| | |
|---|---|
| In re:<br><br>Orthopaedic Surgery & Rehabilitation Associates, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-14637<br><br>(Joint Administration Requested) |
| In re:<br><br>PGC Acquisition, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-14638<br><br>(Joint Administration Requested) |
| In re:<br><br>Redeemer Cancer Care Physicians Network, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-14639<br><br>(Joint Administration Requested) |
| In re:<br><br>Redeemer Skilled Nursing Care-Holding Company,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-14640<br><br>(Joint Administration Requested) |
| In re:<br><br>Visiting Nurse and Health Services, Inc. d/b/a Holy Redeemer Home Care – NJ, North,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-14641<br><br>(Joint Administration Requested) |
| In re:<br><br>VNA Home Care of Mercer County, Inc.,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-14642<br><br>(Joint Administration Requested) |

**ORDER (I) DIRECTING JOINT ADMINISTRATION OF**
**CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion[1]") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") (a) directing procedural consolidation and joint administration of the Debtors' chapter 11 cases and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefore, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The above captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 26-14631.

3. The caption of the jointly administered cases shall read as follows:

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Redeemer Health, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 26-14631<br><br>(Jointly Administered) |

[1] The Debtors and debtors-in-possession in these Chapter 11 Cases and the last four digits of their respective taxpayer identification numbers are as follows: Redeemer Health ("**Redeemer Health**") (5132); Holy Redeemer Health System ("**HRHS**") (4300); Holy Redeemer Home Care, Inc. d/b/a Holy Redeemer Home Care-NJ, South ("**South**") (4582); Holy Redeemer Hospice, Inc. ("**Hospice**") (6974); Holy Redeemer Visiting Nurse Agency, Inc. d/b/a Holy Redeemer Home Care-NJ, Shore ("**Shore**") (4253); HR Physician Services d/b/a Holy Redeemer Physician and Ambulatory Services ("**HRPAS**") (6460); Orthopaedic Surgery & Rehabilitation Associates, LLC ("**OSRA**") (0224); PGC Acquisition LLC ("**PGC**") (7076); Redeemer Cancer Care Physicians Network, LLC ("**RCC**") (6461); Redeemer Skilled Nursing Care-Holding Company ("**Nursing**") (6296); Visiting Nurse and Health Services, Inc. d/b/a Holy Redeemer Home Care – NJ, North ("**VNHS**") (1364); and VNA Home Care of Mercer County, Inc. ("**Mercer**") (4500). The Debtors' mailing address is 1648 Huntingdon Pike, Meadowbrook, PA 19046.

4. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, directing joint administration for procedural purposes only of the chapter 11 cases of: Redeemer Health (Case No. 26-14631); Holy Redeemer Health System (Case No. 26-14632); Holy Redeemer Home Care, Inc. d/b/a Holy Redeemer Home Care-NJ, South (Case No. 26-14633); Holy Redeemer Hospice, Inc. (Case No. 26-14634); Holy Redeemer Visiting Nurse Agency, Inc. d/b/a Holy Redeemer Home Care-NJ, Shore (Case No. 26-14635); HR Physician Services d/b/a Holy Redeemer Physician and Ambulatory Services (Case No. 26-14636); Orthopaedic Surgery & Rehabilitation Associates, LLC (Case No. 26-14637); PGC Acquisition, LLC (Case No. 26-14638); Redeemer Cancer Care Physicians Network, LLC (Case No. 26-14639); Redeemer Skilled Nursing Care - Holding Company (Case No. 26-14640); Visiting Nurse and Health Services, Inc. d/b/a Holy Redeemer Home Care – NJ, North (Case No. 26-14641); and VNA Home Care of Mercer County, Inc. (VNA Mercer) (Case No. 26-14642). The docket in Case No. 26-14631 should be consulted for all matters affecting this case.

6. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

8. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion, and such notice satisfies the requirements of the Bankruptcy Rules and Local Rules.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

10. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: ____________________, 2026

________________________________
United States Bankruptcy Court Judge